■ In the Matter of Two EAST NINETY EIGHTH STREET, INC., Also Known as 1165 FIFTH AVENUE, et al., Appellants, v BOARD OF STANDARDS AND APPEALS OF THE CITY OF NEW YORK et al., Respondents. [675 NYS2d 528] —Order, Supreme Court, New York County (Patricia Williams, J.), entered on or about May 13, 1997, unanimously affirmed for the reasons stated by Williams, J., without costs or disbursements. No opinion. Concur—Milonas, J. P., Wallach, Rubin and Mazzarelli, JJ.

■ SHOREHAVEN PROPERTY, INC., Appellant-Respondent, v JOHN McGRATH et al., Respondents-Appellants. [675 NYS2d 528] —Order, Supreme Court, Bronx County (Bertram Katz, J.), entered October 20, 1997, which denied plaintiff's motion for summary judgment on its cause of action for ejectment, and denied defendants' cross motion for summary judgment on their counterclaim for title by adverse possession, unanimously affirmed, without costs.

An issue of fact exists as to whether defendants' use of and improvements to the land show actual continued occupation under a claim of right within the meaning of RPAPL 521 (*see, City of Tonawanda v Ellicott Cr. Homeowners Assn.*, 86 AD2d 118, 122-123, *appeal dismissed* 58 NY2d 824). Concur—Milonas, J. P., Rosenberger, Nardelli, Wallach and Rubin, JJ.